**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

NICHOLE DAWKINS,

        Plaintiff,

v.                                            Case No.: 6:22-cv-70-WWB-DCI

TARGET CORPORATION and JOHN DOE,

        Defendants.

**ORDER**

    The Court has been advised by Plaintiff's Notice of Resolution that the above-styled action has been completely settled. (Doc. 39 at 1).

    Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to close this file.

    **DONE AND ORDERED** at Orlando, Florida on January 5, 2024.

*[Signature]*

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record